11089248
21.77
1/21/10

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

January 19, 2010

TEL: (716) 831-1994

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Robert J. Laskowski/Jennifer L. Laskowski
           Officer, Director & Shareholder of RJL Holdings of WNY, Inc.
           Bk. No. 06-03907K

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Robert J. Laskowski/Jennifer L. Laskowski.

    I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Robert J. Laskowski/Jennifer L. Laskowski's check no. 117 in the amount of $21.77 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Robert J. Laskowski/Jennifer L. Laskowski

| | | |
|---|---|---|
| Claim No. 5- | Cintas Corporation #782<br>5740 Genesee Street<br>Lancaster, NY 14086 | $10.04 |
| Claim No. 13- | Super Coups of WNY<br>4232 Ridge Lea Rd.<br>Suite 22<br>Amherst, NY 14226 | $11.73 |

    If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

RECEIVED JAN 21 2010 BANKRUPTCY COURT BUFFALO, NY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

ROBERT J. LASKOWSKI
LASKOWSKI, JENNIFER L.
OFFICER, DIRECTOR & SHAREHOLDER
OF RJL HOLDINGS OF WNY, INC.
               Debtors.

Chapter 7

Case No. 06-03907 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 5 | Cintas Corporation #782<br>5740 Genesee Street<br>Lancaster, NY 14086 | $256.75 | $10.04 |
| 13 | Super Coups of WNY<br>4232 Ridge Lea Rd., Suite 22<br>Amherst, NY 14226 | $300.00 | $11.73 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                       $ **21.77**

Dated: January 19, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994